## DESIGNATION and ASSIGNMENT

I am informed that all judges in the Northern District of Iowa are disqualified from participating in following case in that district:

No. 26-CR-2003 - *United States v. Eric Charles Welton*

Therefore, in the public interest and pursuant to 28 U.S.C. § 292(b), I designate and assign temporarily the Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa, to hold a district court in the Northern District of Iowa in the above matter. The designation and assignment is effective August 4, 2026, and continues for such time as may be required to complete unfinished business in this case.

Steven M. Colloton
Chief Judge
United States Court of Appeals
  for the Eighth Circuit

Dated: August 4, 2026

Original: Paul De Young, Clerk of Court, Northern District of Iowa
cc: Hon. C.J. Williams
Hon. Stephanie M. Rose
Millie B. Adams